**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-1111**

───────────

ETSEHIWOT EJIGU,

                                                          Petitioner,

          versus

JOHN ASHCROFT, Attorney General,

                                                          Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A74-681-087)

───────────

Submitted:  June 19, 2003              Decided:  July 2, 2003

───────────

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Larry L. Lewis, LAW OFFICE OF J.W. NESARI, L.L.C., Herndon,
Virginia, for Petitioner.  Robert D. McCallum, Jr., Assistant
Attorney General, Anthony W. Norwood, Senior Litigation Counsel,
Efthimia S. Pilitsis, Office of Immigration Litigation, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Etsehiwot Ejigu, a native and citizen of Ethiopia, petitions for review of a final order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of asylum and withholding of removal.

Ejigu takes issue with the Immigration Judge's finding that she failed to qualify for asylum due to past persecution or a well-founded fear of persecution in Ethiopia based on her Amhara ethnicity and membership in the All Amhara People's Organization. She further contends that she demonstrated a pattern or practice of persecution of similarly situated individuals in Ethiopia. See 8 C.F.R. § 208.13(b)(2)(iii) (2003). We have reviewed the administrative record and uphold the IJ's denial of relief. 8 U.S.C. § 1252(b)(4) (2000); see Sevoian v. Ashcroft, 290 F.3d 166, 176 (3d Cir. 2002); Matter of Y-B-, 21 I. & N. Dec. 1136, 1139 (BIA 1998); Matter of S-M-J-, 21 I. & N. Dec. 722, 724-26 (BIA 1997).

We accordingly deny the petition for review. We further deny Ejigu's motion to remand and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2